UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIKE FRANK OCHOA, | ) | CASE NO. SA CV 11-886-GAF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| M.S. EVANS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>August 22, 2011</u>.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd